```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 39651
    ADDRENE PARRISH
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-2137

---------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
    The case was filed on 10/25/2004 and was confirmed 12/06/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  50.00%.

    The case was paid in full 08/25/2008.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
---------------------------------------------------------------------------
CHASE AUTO FINANCE         SECURED           9400.00       489.79        9400.00
SMC                        UNSECURED         4246.42          .00        2123.21
SHERMAN ACQUISITION        UNSECURED         5085.43          .00        2542.72
ECAST SETTLEMENT CORP      UNSECURED         5445.02          .00        2722.51
CITIBANK                   UNSECURED        NOT FILED         .00             .00
CITIFINANCIAL              UNSECURED         2843.77          .00        1421.89
ECAST SETTLEMENT CORP      UNSECURED         6058.90          .00        3029.45
SHERMAN ACQUISITION        UNSECURED         1068.55          .00         534.28
VISA                       UNSECURED        NOT FILED         .00             .00
CHASE AUTO FINANCE         UNSECURED          129.98          .00          64.99
CHICAGO MUNICIPAL EMPLOY   UNSECURED        15125.52          .00        7562.76
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      1,305.20                    1,305.20
TOM VAUGHN                 TRUSTEE                                      1,943.34
DEBTOR REFUND              REFUND                                         609.86

       Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE              33,750.00

PRIORITY                                          .00
SECURED                                      9,400.00
    INTEREST                                   489.79
UNSECURED                                   20,001.81
ADMINISTRATIVE                               1,305.20
TRUSTEE COMPENSATION                         1,943.34
DEBTOR REFUND                                  609.86
                    ---------------      ---------------
TOTALS              33,750.00               33,750.00


                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 39651 ADDRENE PARRISH
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                     /s/ Tom Vaughn

Dated: 11/20/08                  _____
                                             TOM VAUGHN
                                             CHAPTER 13 TRUSTEE